THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13-cv-00228-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| 2825 MUDCUT ROAD, MARION, | ) | |
| McDOWELL COUNTY, NORTH | ) | |
| CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the claim of ownership filed by Roy Leonard Calhoun [Doc. 5].

Claimant Roy Leonard Calhoun has filed a *pro se* claim in this action asserting an ownership interest in the defendant property. [Doc. 5]. The Claimant appears to assert an ownership interest on behalf of his stepmother as well. [Id.].

A person asserting an interest in the defendant property may contest the forfeiture by filing a claim. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(a)(i). The claim must, among other things, "be signed by the claimant under penalty of perjury."

Id. Here, the Claimant's claim is not signed under penalty of perjury. The Court will therefore allow the Claimant fourteen (14) days to filed an amended claim that is signed under penalty of perjury. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

Additionally, the Claimant is advised that as a *pro se* litigant, he cannot assert an interest on behalf of a third party. If the Claimant's stepmother wishes to assert an interest, she will need to file her own claim.

In his claim, the Claimant requests that these proceedings be stayed until he is released from jail and can consult with an attorney. The Claimant does not specify when his term of imprisonment will end, and the Court cannot grant an indefinite stay of this matter. Accordingly, the Claimant's request for a stay is denied without prejudice at this time.

Once the Claimant has filed a proper claim signed under penalty of perjury, the Claimant will be required to file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule

G(5)(b). The answer or motion to dismiss must be filed within 21 days of filing the claim. Id.

**IT IS, THEREFORE, ORDERED** that the Claimant shall filed an amended claim, signed under penalty of perjury, within fourteen days of the entry of this Order. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

**IT IS FURTHER ORDERED** that the Claimant's request for a stay is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: October 4, 2013

Martin Reidinger
United States District Judge