**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:13-cv-00228-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **2825 MUDCUT ROAD, MARION, McDOWELL COUNTY, NORTH CAROLINA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the claim of ownership filed by Roy Leonard Calhoun [Doc. 5].

On October 4, 2013, the Court entered an Order directing the Claimant to file an amended claim signed under penalty of perjury within fourteen days. [Doc. 6]. The Claimant was specifically warned that "failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim." [Id. at 2]. The deadline set by the Court for the filing of an amended claim has passed, and no amended claim was filed.

"A claimant who fails to file a verified statement has no standing to contest a forfeiture." United States v. Loria, No. 3:08cr233-2, 2009 WL 3103771, at *2 (W.D.N.C. Sept. 21, 2009) (quoting United States v. $487,825,000 in U.S. Currency, 484 F.3d 662, 664-65 (3$^{d}$ Cir. 2007)). Accordingly, the Claimant's claim shall be dismissed.

**IT IS, THEREFORE, ORDERED** that the Claim of Roy Leonard Calhoun [Doc. 5] is hereby **DISMISSED**.

**IT IS SO ORDERED.**   Signed: October 28, 2013

Martin Reidinger
United States District Judge