## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-00228-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFAULT JUDGMENT, |
| | ) | |
| 2825 MUDCUT ROAD, Marion, | ) | ENTRY OF JUDGMENT, AND |
| McDowell County, North Carolina, | ) | |
| as described in a Deed at Book | ) | FINAL ORDER OF FORFEITURE |
| 1022, Page 423-425, McDowell | ) | |
| County Registry, being real | ) | |
| property, together with the | ) | |
| residence, and all appurtenances, | ) | |
| improvements, and attachments | ) | |
| thereon, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**THIS MATTER** is before the Court on the Motion of the United States for Default Judgment, Entry of Judgment, and Final Order of Forfeiture [Doc. 20], filed pursuant to Federal Rule of Civil Procedure 55(b)(2) and Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983, 18 U.S.C. § 985, and 21 U.S.C. § 881. For the reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Government's Second Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

> **2825 MUDCUT ROAD, Marion, McDowell County, North Carolina, as described in a Deed at Book 1022, Page 423-425, McDowell County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon**,

[Doc. 20] is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2.     Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3.     The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Martin Reidinger
United States District Judge